quinn emanuel trial lawyers | wilmington

500 Delaware Avenue, Suite 1400, Wilmington, Delaware 19801-1496 | TEL (302) 302-4000 FAX (302) 302-4010

WRITER'S DIRECT DIAL NO.
**(302) 302-4031**

WRITER'S EMAIL ADDRESS
**veronicabartholomew@quinnemanuel.com**

June 12, 2026

**VIA CM/ECF**

The Honorable Christopher J. Burke
U.S.D.C. for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:    *Lunai Bioworks, Inc. v. Does 1-50, et al.*, No. 1:26-cv-00549-CFC—
         Response to Plaintiff's Emergency Motion for Entry of a Protective Order (D.I. 10)

Dear Judge Burke:

We write on behalf of non-parties Citadel Securities LLC, Virtu Americas LLC, and UBS Securities LLC (the "Subpoena Recipients"), each of which has been served with a Rule 45 subpoena in this action. The Subpoena Recipients submit this letter in response to Plaintiff's Emergency Motion for Entry of a Protective Order (D.I. 10) ("Motion"), which asks the Court to enter a protective order governing the Subpoena Recipients' productions without first affording them an opportunity to confer on or object to the proposed protective order's terms. The Subpoena Recipients respectfully request that the Court defer entry of Plaintiff's proposed order and afford them an opportunity to confer with Plaintiff and, if necessary, to be heard before any protective order governing their productions is entered.

Plaintiff's counsel has represented that Plaintiff will not pursue any claims against the Subpoena Recipients. That representation, however, does not lessen the need for an adequate protective order. The subpoenas seek the Subpoena Recipients' competitively sensitive and confidential trading, account, and commercial information, as well as information concerning their clients and counterparties. The defendants that Plaintiff ultimately names—currently listed as Does, Roes, and XYZ entities—are likely to include market participants that compete or trade with the Subpoena Recipients or their clients. Disclosure under an inadequate protective order therefore presents a tangible risk of competitive and commercial harm to non-parties with no stake in this action and whose information a protective order is intended to protect.

Indeed, among other issues, Plaintiff's proposed order is deficient in the respect most important to the Subpoena Recipients: it contains only a single confidentiality tier and provides that material designated "Confidential" may be disclosed to the parties themselves, including their

The Honorable Christopher J. Burke
June 12, 2026
Page 2

officers, employees, and in-house personnel. (D.I. 10-1 ¶ 7(a)–(b).) That level of protection is inadequate for the categories of information sought from the Subpoena Recipients, including confidential trading data, account information, client information, and other competitively sensitive commercial information. Disclosure of such material to business personnel of competitor defendants (once named) would create a significant risk of competitive harm to the Subpoena Recipients.

Plaintiff did not serve its Motion on the Subpoena Recipients, and the Subpoena Recipients do not agree that Plaintiff has established any "emergency" warranting an expedited timeframe that would burden them and the Court. Nor have all of the Subpoena Recipients agreed to produce documents in response to the subpoenas. Nonetheless, the Subpoena Recipients are prepared to work cooperatively and promptly with Plaintiff to negotiate an appropriate protective order. To that end, they respectfully request that the Court defer entry of Plaintiff's proposed order and direct Plaintiff and the Subpoena Recipients to confer regarding an agreed protective order. Should Plaintiff and the Subpoena Recipients be unable to reach agreement on the form of an order, the Subpoena Recipients respectfully request an opportunity to submit a brief opposition to Plaintiff's Motion no later than June 23, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Veronica B. Bartholomew
Veronica B. Bartholomew (#6224)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 302-4000
veronicabartholomew@quinnemanuel.com

Peter H. Fountain
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

*Attorneys for Non-Party Citadel Securities LLC*

cc:  All counsel of record