**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br>v.<br><br>LIGHTSPEED FINANCIAL SERVICES GROUP LLC, et al.,<br><br>Defendants. | Civil Action No. 26-00549-CFC<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

And now, this _________ day of August 2026, upon consideration of Plaintiff Lunai Bioworks, Inc's Motion for Leave to File Second Amended Complaint Under Seal, it is hereby ORDERED that said Motion is GRANTED.

1. Plaintiff is given leave to file the Second Amended Complaint under seal;

2. Plaintiff is directed that the sealed version of the Second Amended Complaint be made available to the Court and to parties entitled to access under the Court's rules or any applicable protective order; and

3. Plaintiff is directed to file a redacted version of the Second Amended Complaint for the public docket that removes the categories of confidential information identified herein, in accordance with D. Del. L. R. 5.1.3 within two (2) business days of the date of this Order.

_________________________________
J.