**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSPEED FINANCIAL SERVICES GROUP LLC, *et al*..<br><br>Defendants. | Civil Action No. 26-549-CFC |

**DEFENDANT BISOKE, LLC'S MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Bisoke LLC ("Bisoke") hereby moves for dismissal (the "Motion") of the Second Amended Complaint of Plaintiff Lunai Bioworks, Inc. for failure to state a claim upon which relief can be granted pursuant to FED. R. CIV. P. 12(b)(6) (D.I. 37, 40) as to Bisoke. The grounds for this Motion are set forth in Bisoke's Opening Brief in Support of Its Motion to Dismiss Plaintiff's Second Amended Complaint, filed contemporaneously herewith.

Bisoke further requests that Count III and the 18 U.S.C. § 1343 predicate of Count VI be dismissed with prejudice, and that, if the federal counts are dismissed, the Court decline to exercise supplemental jurisdiction over the remaining Delaware claims under 28 U.S.C. § 1367(c)(3).

Defendant respectfully requests that this Court grant this Motion and enter an order substantially in the form attached hereto, and dismiss the Second Amended Complaint as to Bisoke.

Dated: September 4, 2025

Respectfully submitted,

BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP

*<u>/s/ Kristen Healey Cramer</u>*
Kristen Healey Cramer (#4512)
Noelle B. Torrice (#5957)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: (302) 442-7010
kcramer@beneschlaw.com
ntorrice@beneschlaw.com

Of Counsel:

Ashwin J. Ram (*pro hac vice* forthcoming)
BUCHALTER LLP
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400

*Counsel for Bisoke LLC*