**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSPEED FINANCIAL SERVICES GROUP LLC, *et al*..<br><br>Defendants. | Civil Action No. 26-549-CFC |

**[PROPOSED] ORDER GRANTING DEFENDANT BISOKE, LLC'S MOTION TO DISMISS PLAINTIFF's SECOND AMENDED COMPLAINT**

Pending before this Court is Defendant Bisoke LLC's motion to dismiss (the "Motion") Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the Motion, and the briefing in connection thereto, and any opposition thereto; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as provided herein.

2. Counts I through VII of the Second Amended Complaint (D.I. 37, 40) are DISMISSED as against Defendant Bisoke, LLC.

3. Count III is DISMISSED with prejudice as against Defendant Bisoke, LLC, and the 18 U.S.C. § 1343 predicate of Count VI is DISMISSED with prejudice as against Defendant Bisoke, LLC.

4. To the extent the Court dismisses Counts I, II, and III as against Defendant Bisoke, LLC and does not reach Counts IV, V, VI, and VII on the merits, the Court declines to exercise supplemental jurisdiction over those counts as against Defendant Bisoke, LLC under 28 U.S.C. § 1367(c), and those counts are DISMISSED as against it on that basis.

IT IS SO ORDERED this ________________ day of _____________, 202__

_____________________________________
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT COURT CHIEF JUDGE