**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

Dated: September 4, 2026

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)

*Attorney for Bisoke LLC*