**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSPEED FINANCIAL SERVICES GROUP LLC, *et al*..<br><br>Defendants. | Civil Action No. 26-549-CFC |

**BISOKE LLC'S CORPORATE DISCLOSURE**
**STATEMENT PURSUANT TO F.R.C.P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bisoke LLC ("Bisoke") files this disclosure statement and state the following:

Bisoke is a limited liability company organized and existing under the laws of the U.S. Virgin Islands. Bisoke is wholly owned by its sole member, Victor Zambo.

[*Signature Page to Follow*]

Dated: September 4, 2025

Respectfully submitted,

BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP

*/s/ Kristen Healey Cramer*

Kristen Healey Cramer (#4512)
Noelle B. Torrice (#5957)
Juan E. Martinez (#6863)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: (302) 442-7010
kcramer@beneschlaw.com
ntorrice@beneschlaw.com
jmartinez@beneschlaw.com

Of Counsel:

Ashwin J. Ram (*pro hac vice* forthcoming)
BUCHALTER LLP
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400

*Counsel for Bisoke LLC*