**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSPEED FINANCIAL SERVICES GROUP LLC, *et al.*,<br><br>Defendants. | Civil Action No. 26-549-CFC |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ashwin J. Ram, Esquire, of Buchalter LLP to represent Defendant Bisoke LLC in the above-captioned matter.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Kristen Healey Cramer*
Kristen Healey Cramer (#4512)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
(302) 442-7010
kcramer@beneschlaw.com

*Counsel for Defendant Bisoke LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: ______________

____________________________________
The Honorable Colm F. Connolly
United States District Court Judge

**CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF LAWYER WHO PRACTICES WITH OR IN THE FORM OF A PROFESSIONAL CORPORATION OR ASSOCIATION AUTHORIZED TO PRACTICE LAW FOR PROFIT**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bars of the States of California, Illinois, New York and the District of Columbia; and that pursuant to District of Delaware Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also ce1iify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hae Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(l)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Dated: September 15, 2026

*/s/ Ashwin J. Ram*

Ashwin J. Ram
BUCHALTER LLP
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California 90017-1730
(213) 891-5035
aram@buchalter.com