**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSPEED FINANCIAL SERVICES GROUP LLC, *et al.*,<br><br>Defendants. | Civil Action No. 26-549-CFC |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT Noelle B. Torrice, Esquire, of Benesch, Friedlander, Coplan & Aronoff LLP, hereby enters her appearance as counsel for Defendant Bisoke LLC in the above-captioned matter.

Dated: September 16, 2026

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP

*/s/ Noelle B. Torrice*

Kristen Healey Cramer (#4512)
Noelle B. Torrice (#5957)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
kcramer@beneschlaw.com
ntorrice@beneschlaw.com

*Counsel for Defendant Bisoke, LLC*

OF COUNSEL:

Ashwin J. Ram (*pro hac vice*)
BUCHALTER LLP
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-0700
aram@buchalter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

Dated: September 16, 2026

*/s/ Noelle B. Torrice*
Noelle B. Torrice (#5957)

*Counsel for Defendant Bisoke LLC*