**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSPEED FINANCIAL SERVICES GROUP LLC, *et al.*,<br><br>Defendants. | Civil Action No. 26-549-CFC |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Delaware Local Rule 7.1.4, Defendant Bisoke, LLC (“***Bisoke***”) respectfully requests that the Court hold oral argument on the dispositive motion pending in this matter, including: Bisoke’s Motion to Dismiss for Failure to State a Claim Plaintiff’s Second Amended Complaint and Opening Brief in support thereof (D.I. 41, 42); Plaintiff Lunai Bioworks, Inc.’s (“***Lunai***”) Answering Brief in Opposition to Bisoke’s Motion to Dismiss (D.I. 44); and Bisoke’s Reply Brief in Support of Bisoke’s Motion to Dismiss (D.I. 48), as briefing is now complete.

[*Signature block on the following page*.]

Dated: September 23, 2026

Respectfully submitted,

OF COUNSEL:

Ashwin J. Ram (*pro hac vice*)
BUCHALTER LLP
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-0700
aram@buchalter.com

BENESCH FRIEDLANDER
COPLAN & ARONOFF LLP

*/s/ Noelle B. Torrice*
Kristen Healey Cramer (#4512)
Noelle B. Torrice (#5957)
Juan E. Martinez (#6863)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
kcramer@beneschlaw.com
ntorrice@beneschlaw.com
jmartinez@beneschlaw.com

*Counsel for Defendant Bisoke, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Noelle B. Torrice*
Noelle B. Torrice (#5957)

*Counsel for Defendant Bisoke, LLC*