**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-50, ROE CORPORATIONS 1-50, And XYZ LLCS 1-50,<br><br>Defendants. | Civil Action No.: 1:26-cv-00549-CFC |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James S. Rigberg of Dickinson Wright PLLC to represent Plaintiff, Lunai Bioworks, Inc. in this matter.

**FOX ROTHSCHILD LLP**

*/s/ Sidney S. Liebesman*
Sidney S. Liebesman (#3702)
Carmella L. Cinaglia (#7032
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 622-4237
sliebesman@foxrothschild.com
ccinaglia@foxrothschild.com

*Attorneys for Plaintiff*

Date: October 20, 2026

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: ________________

________________________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

I certify that I practice law with or in the form of a professional corporation or association authorized to practice law for profit.

I certify that I am eligible for admission to this Court; that I am admitted, practicing, and in good standing as a member of the Bar of Arizona and Colorado; and that pursuant to District of Delaware Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order on Attorney Registration and Pro Hae Vice Fees, I further certify that the fee of $50.00 has been submitted to the Clerk's Office upon the filing of this motion.

I further certify that:

1. With the exception of the circumstances listed in Rule 5.4(a)(1)-(4) of the Model Rules of Professional Conduct of the American Bar Association, neither I nor my law firm shares or will share legal fees with a nonlawyer;

2. I do not participate with a nonlawyer in a partnership that engages in any activity that consists of the practice of law;

3. I will not permit a person who recommends, employs, or pays me or my law firm to render legal services for another person or persons to direct or regulate my professional judgment or the professional judgment of a lawyer in my firm in rendering such legal services;

4. With the exception of a fiduciary representative of the estate of a lawyer for a reasonable time during the administration of the estate, no nonlawyer owns any interest in my law firm;

5. No nonlawyer is a director or officer or occupies a position of similar responsibility in the firm; and

6. No nonlawyer has the right to direct or control my professional judgment or the professional judgment of a lawyer in my firm.

Date: October 20, 2026

James S. Rigberg, Esq.
DICKINSON WRIGHT PLLC
1125 17th Street
Suite 550
Denver, Colorado 80202
jrigberg@dwlaw.com
(303) 723-8401