**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LUNAI BIOWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTSPEED FINANCIAL SERVICES GROUP LLC, *et al.*,<br><br>Defendants. | Civil Action No. 26-549-CFC |

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE FOR SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT**

This matter having come before the Court on a Motion to Extend Deadline for Service of Summons and Second Amended Complaint (the "Motion"), filed by Plaintiff Lunai Bioworks, Inc. ("Plaintiff"), and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**;
2. The deadline for service of summons and the Second Amended Complaint to defendant Opal Securities, Inc. ("Opal") is extended to December 8, 2026;
3. The deadline for service of summons and the Second Amended Complaint on each Unsummoned U.S. Defendant (as defined in the Motion), other than Opal, is extended to December 22, 2026.

IT IS SO ORDERED this ___ day of ________________, 202_.

________________________________________
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT COURT CHIEF JUDGE